DENNIS S. ELLIS (SB# 178196)
MELANIE A. FULL (SB# 253286)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705
dennisellis@paulhastings.com
melaniefull@paulhastings.com

Attorneys for Defendant
GE HEALTHCARE, a unit of
GENERAL ELECTRIC COMPANY

MAXWELL M. BLECHER (SB# 26202)
BLECHER & COLLINS, P.C.
515 South Figueroa Street
Suite 1750
Los Angeles, CA  90071-3334
Telephone:  (213) 622-4222
Facsimile:  (213) 622-1656
mblecher@blechercollins.com
jarbucci@blechercollins.com

Attorneys for Plaintiff
MVUInvestors, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MVUINVESTORS, LLC, | CASE NO.:  CV08-08016 R (Ex) |
| Plaintiff, | **ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |
| vs. | |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | The Honorable Manuel L. Real |

## **ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

The Stipulated Confidentiality Agreement and Protective Order dated June 18, 2009, is hereby granted.

The Protective Order shall not apply to any document disclosing a violation of law or order of a court of competent jurisdiction. (R)

**IT IS SO ORDERED.**

Date:  __June 22, 2009__        _____

THE HONORABLE MANUEL L. REAL
United States District Court Judge