1  DENNIS S. ELLIS (SB# 178196)
   KATHERINE F. MURRAY (SB# 211987)            JS-6
2  MELANIE A. FULL (SB# 253586)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  515 South Flower Street
   Twenty-Fifth Floor
4  Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
5  Facsimile:  (213) 627-0705
   dennisellis@paulhastings.com
6  katherinemurray@paulhastings.com
   melaniefull@paulhastings.com
7
   Attorneys for Defendant
8  GE HEALTHCARE, a unit of
   GENERAL ELECTRIC COMPANY
9

                  UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION

| MVUINVESTORS, LLC, | CASE NO.:  CV08-08016 R (Ex) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| GENERAL ELECTRIC COMPANY, | The Honorable Manuel L. Real |
| Defendant. | |

---

CASE NO.:  CV08-08016 R (Ex)                            [PROPOSED] JUDGMENT
LEGAL_US_E # 85638875.1

| | |
|---|---|
| 1 | On November 2, 2009, this cause came on before the Court in Courtroom 8, United States District Court, Central District of California, the Honorable Manuel L. Real presiding.  Plaintiff MvuInvestors, LLC appeared and argued through its counsel, Maxwell Blecher and John Arbucci of Blecher & Collins, P.C.  Defendant GE Healthcare appeared and argued through its counsel Dennis S. Ellis, Katherine F. Murray and Melanie A. Full of Paul, Hastings, Janofsky & Walker LLP. |

On November 2, 2009, this cause came on before the Court in Courtroom 8, United States District Court, Central District of California, the Honorable Manuel L. Real presiding.  Plaintiff MvuInvestors, LLC appeared and argued through its counsel, Maxwell Blecher and John Arbucci of Blecher & Collins, P.C.  Defendant GE Healthcare appeared and argued through its counsel Dennis S. Ellis, Katherine F. Murray and Melanie A. Full of Paul, Hastings, Janofsky & Walker LLP.

Having fully considered all moving and opposition papers, the oral arguments of counsel and the entire record in this action, on November 2, 2009 this Court issued an Order granting Defendant's Motion for Summary Judgment.

Having found good cause therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment shall be entered in favor of Defendant GE Healthcare as to Plaintiff's First Cause of Action for Breach of Oral Contract and Second Cause of Action for Fraud on the grounds that there is no genuine issue of material fact as to any of Plaintiff MvuInvestors, LLC's claims;

2. Plaintiff's Amended Complaint is hereby dismissed with prejudice; and

3. Defendant GE Healthcare shall recover costs of suit herein related to this action in an amount to be taxed by the Clerk of this Court.  Fed. R. Civ. P. 54(d); 28 USC § 1920.

IT IS SO ORDERED.

DATED:  Nov. 16, 2009         _____
                              The Honorable Manuel L. Real
                              United States District Judge